UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Ramona Paulino,

                               Plaintiff(s),

      -against-

Michael J. Astrue, Commissioner of Social Security,

                              Defendant(s).
------------------------------------------------------------X

08 Civ. 2813 (CM)(DFE)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Douglas F. Eaton, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

     Purpose:_____

\_\_\_\_ Habeas Corpus

✓ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

     Particular Motion:_____

     All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: March 27th, 2008
       New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

Copies mailed/faxed/handed to counsel on 3/28/08