

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 2, 2008

BY FAX

Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

6/4/08
Ok

Re: Ramona Paulino v. Astrue
    08 Civ. 2813 (CM)

Dear Judge McMahon:

The Government's answer in the above-referenced Social Security case is due June 2, 2008. We write respectfully to request, with the consent of plaintiff, who is proceeding pro se, that the Government's time to answer or move with respect to the complaint be adjourned for 60 days, until August 1, 2008. The reason for this request is to give the Social Security Administration sufficient time to evaluate its litigation position in this matter. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FEDERAL EXPRESS
    Ramona Paulino
    Plaintiff pro se